

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-18-00438-CV

**SHOPOFF ADVISORS, LP,**
Appellant

v.

**FIRST AMERICAN TITLE CO.,** Atrium Circle, GP, Atrium Winn, LLC, Atrium Kavoian,
LLC Copperfield Square, Copperfield Winn, LLC, Copperfield Kavoian, LLC, Imperial Airport,
Imperial Winn, LLC, Imperial Kavoian, LLC, Crystal Springs Partners, LLC, Commerce Office
Park – One LP, and Universal Square, LP,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00676
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice

On July 25, 2019, appellant filed a motion for rehearing. The Court requests that appellees file a response on or before **September 16, 2019**. *See* TEX. R. APP. P. 49.2.

It is so **ORDERED** on this 16th day of August, 2019.

PER CURAIM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

